UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-00903-CR-HUCK/McALILEY

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MOHAMMED SHOUMAN**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS
AND DENYING DEFENDANT'S MOTIONS**

THIS MATTER is before the Court on Magistrate Judge Chris McAliley's Omnibus Report and Recommendations ("R&R") [ECF No. 337], which was filed on May 26, 2020. The R&R evaluates two motions (collectively, "the Motions") filed by Defendant, Mohammed Shouman ("Shouman"): (1) a Motion for Court to Recommend Sentencing Designation of Home Confinement to BOP [ECF No. 325], which was filed on May 1, 2020; and (2) an Amended Motion for Compassionate Release [ECF No. 328], which was filed on May 6, 2020. In the Motions, Shouman argues that his release from prison is warranted because his age and underlying medical conditions place him at a heightened risk for contracting COVID-19. The Government responded to the Motions [ECF No. 329] on May 14, 2020.

After hearing oral argument on the Motions, Magistrate Judge McAliley issued the R&R recommending that this Court deny the Motions. *See* R&R at 16. Shouman filed a timely objection to the R&R ("Objection") [ECF No. 338] in which he requested additional time to

1

consult with his attorney and permission to file additional objections to the R&R.[1]  *See* Objection at 1–2.  The Court afforded Shouman additional time to consult with his attorney and granted him permission to file additional objections.  *See* [ECF No. 340].  On June 23, 2020, Shouman submitted Additional Objections to the R&R ("Add'l Objections") [ECF No. 341] in which he informed the Court that "he suffered a heart attack on or about May 18, 2020 while in the custody of the Bureau of Prisons" and was temporarily admitted to the hospital for medical examination.[2]  *See* Add'l Objections at 1.  A couple days later, Shouman supplemented his Additional Objections with medical records reflecting his recent cardiac event.  *See* [ECF No. 342].  After a preliminary review of Shouman's objections and his medical records, the Court ordered Shouman to provide an updated report on his medical condition, which he recently submitted on July 29, 2020.  *See* [ECF No. 347] ("Updated Medical Report").  In the interim, Shouman also submitted a supplement to his pending Motion for Compassionate Release [ECF No. 345].

The Court has independently reviewed the record, including the Motions, the Government's response, the R&R, Shouman's Objections, and his medical records, and is otherwise duly advised.  After a *de novo* review, the Court has determined that it agrees with the recommendations and reasoning in the R&R and therefore adopts it in full as part of this Order.  The Court has carefully reviewed the medical records and the updated report on Shouman's medical conditions and concludes that they do not establish that Shouman's medical conditions "substantially diminish" his ability to "provide self-care" within the correctional facility

---

[1] Shouman also requested that this matter be set for hearing as part of this Court's *de novo* review.  *See* Objection at 1.  The Court respectfully **DENIES** that request and is apprised of the parties' arguments through reviewing the various filings in this matter.

[2] Shouman again requested that this matter be set for hearing.  *See* Add'l Objection at 1.  The Court respectfully **DENIES** that request and is apprised of the arguments in this matter.

environment. *See* U.S.S.G. § 1B1.13, Application Note 1(A). Although it appears that Shouman in fact suffers from some medical complications, the record reflects that the Bureau of Prisons is adequately attending to them. It is, therefore,

**ORDERED AND ADJUDGED** that **(1)** the R&R is **APPROVED** and **ADOPTED** in its entirety; **(2)** Shouman's Motion for Court to Recommend Sentencing Designation of Home Confinement to BOP is **DENIED**; and **(3)** Shouman's Amended Motion for Compassionate Release is **DENIED**.

**DONE and ORDERED** in Miami, Florida on July 30, 2020.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC: All counsel of record

3